HIGH STREET ASSOCIATES *v.* WILLIAM J. ZISK
(12482)

FOTI, HEIMAN and SCHALLER, Js.

Argued May 6—decision released May 31, 1994

*Paul Gozzi,* for the appellant (defendant).

*Jennifer L. Berkenstock,* with whom was *Joseph E. Milardo, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.